PAYNE & FEARS LLP
Scott O. Luskin, Bar No. 238082
sol@raynefears.com
Randy R. Haj, Bar No. 288913
rrh@paynefears.com
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile:  (310) 689-1755

STERNE, KESSLER, GOLDSTEIN & FOX PLLC
J.C. Rozendaal (*pro hac vice pending*)
Chandrika Vira (*pro hac vice pending*)
Josephine Kim, Bar No. 295152
1100 New York Avenue N.W.
Washington, D.C. 20005
Telephone: 202.371.2600
Facsimile:  202.371.2540
Email: jcrozendaal@sternekessler.com
Email: cvira@sternekessler.com
Email: joskim@sternekessler.com

*Attorneys for Defendant BTL Industries, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INMODE LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BTL INDUSTRIES, INC. D/B/A BTL AESTHETICS,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-8583<br><br>**BTL INDUSTRIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER FOR LACK OF VENUE**<br><br>**Date:**　　　April 19, 2024<br>**Time:**　　　9:00 a.m.<br>**Courtroom:**　9D<br>**Judge:**　　Hon. John H. Holcomb<br>**Trial Date:**　None<br><br>*[Filed With Proposed Order]* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that that on April 19, 2024, at 9:00 a.m., or as soon thereafter as this matter can be heard, in Courtroom 9D of the above-entitled Court, located at 411 W. 4th Street, Santa Ana, California 92701-4516, BTL Industries, Inc. ("BTL") hereby does move the Court for an order dismissing the Complaint or, in the alternative, transfer this case to the District of Massachusetts pursuant to Federal Rules of Civil Procedure 12(b)(3), and 28 U.S.C. § 1406(a) or 28 U.S.C. § 1404(a), and the Court's inherent power. The Motion is made on the grounds that this Court does not have venue over BTL. The Motion is further made under the Court's inherent powers to transfer the case to Massachusetts for the convenience of parties and witnesses and in the interest of justice.

This Motion is based upon this Notice of Motion and the accompanying Memorandum of Points and Authorities, all pleadings, papers, and documents on file herein, and any oral argument that the Court may entertain at the hearing on this Motion.

///

///

///

This motion is made following a meet and confer pursuant to L.R. 7-3, which took place telephonically on January 5, 2024.

DATED:  January 12, 2024          Payne & Fears LLP

      *Randy R.. Haj*_____
Scott O. Luskin, Bar No. 238082
sol@raynefears.com
Randy R. Haj, Bar No. 288913
rrh@paynefears.com
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile:  (310) 689-1755

_____
Chandrika Vira (*pro hac vice pending*)
STERNE, KESSLER, GOLDSTEIN
  & FOX PLLC
1100 New York Ave., NW
Washington, DC 20005
Telephone: 202.371.2600
Facsimile:  202.371.2540

4891-2333-6604.1

3

DEFENDANT'S MOTION TO DISMISS OR TRANSFER FOR LACK OF VENUE       CASE NO. 2:23-CV-8583