| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| 2 | Christina.Goodrich@klgates.com |
|   | Kelsi E. Robinson (SBN 347066) |
| 3 | Kelsi.Robinson@klgates.com |
|   | **K&L GATES LLP** |
| 4 | 10100 Santa Monica Blvd., Eighth Floor |
|   | Los Angeles, CA 90067 |
| 5 | Telephone: +1 310 552 5000 |
|   | Facsimile: +1 210 552 5001 |
| 6 | [*Additional Counsel on signature page*] |
| 7 | *Attorneys for Plaintiff InMode Ltd.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INMODE LTD., | Case No. 2:23-CV-08583-JWH-RAO |
|        Plaintiff, | **JOINT STATUS REPORT REGARDING VENUE DISCOVERY** |
| v. | [Assigned to the Hon. John W. Holcomb] |
| BTL INDUSTRIES, INC. D/B/A BTL AESTHETICS, | Complaint Filed: October 11, 2023 |
|        Defendant. | |

Plaintiff InMode Ltd. and Defendant BTL Industries, Inc. hereby provide the Court with a status update pursuant to the Court's February 21, 2024 Order (DE 37) relating to InMode's *Ex Parte* Application for Order Conducting Venue Discovery. DE 32.

BTL Served Responses to InMode's written discovery and has produced responsive documents. InMode has identified several areas in which it contends BTL's responses are deficient, and the Parties met and conferred on February 23, 2024 and again on February 28, 2024 regarding these responses, as well as InMode's request for, and the scheduling of depositions. Paige Cloud and Josephine Kim attended both meet and confer teleconferences for BTL, and Peter Soskin was joined by Jeff Gargano and Caroline Vermillion on the February 23 and 28 teleconferences, respectively.

With respect to depositions, the parties have agreed that the declarant in support of BTL's Motion to Dismiss or Transfer will sit for a remote, 4 hour deposition on March 14, 2024, and that he will also serve as BTL's 30(b)(6) corporate witness. The deposition of Mr. Wooden, in his capacity as both a 30(b)(1) witness and a 30(b)(6) representative, will be limited solely to venue and Mr. Wooden's declaration. InMode will serve BTL with a formal 30(b)(6) notice of deposition by March 1, 2024, and BTL will serve any objections thereto by March 8, 2024.

With respect to the outstanding written discovery, BTL has confirmed that InMode may ask BTL about several interrogatories to which InMode contends BTL has not fully responded. With respect to InMode's Request for Production No. 9, which seeks documents relating to BTL's communications with customers and potential customers in the Central District of California and Massachusetts, BTL is further investigating this response and will be responding to InMode early in the week of March 4. To the extent the parties are unable to agree to the scope of BTL's responses, InMode requests an expedited briefing schedule in view of InMode's March 29, 2024 deadline to respond to BTL's motion to dismiss

| | |
|---|---|
| Dated: February 28, 2024 | **K&L GATES LLP** |
| | |
| | */s/ Christina N. Goodrich* |
| | Christina N. Goodrich (SBN 261722) |
| | Christina.Goodrich@klgates.com |
| | Kelsi E. Robinson (SBN 347066) |
| | Kelsi.Robinson@klgates.com |
| | **K&L GATES LLP** |
| | 10100 Santa Monica Blvd., Eighth Floor |
| | Los Angeles, CA 90067 |
| | Telephone:  +1 310 552 5000 |
| | FACSIMILE:  +1 210 552 5001 |
| | |
| | Jeffrey R. Gargano (admitted *phv*) |
| | Jeffrey.Gargano@klgates.com |
| | **K&L GATES LLP** |
| | 70 W. Madison St., Suite 3300 |
| | Chicago, IL 60602 |
| | Telephone: +1 312 807 4226 |
| | Facsimile: +1 312 827 8000 |
| | |
| | Peter E. Soskin (SBN 280347) |
| | Peter.Soskin@klgates.com |
| | **K&L GATES LLP** |
| | 4 Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| | Telephone: +1 415 882 8046 |
| | Facsimile: +1 415 882 8220 |
| | |
| | Caroline M. Vermillion (admitted *phv*) |
| | Caroline.Vermillion@klgates.com |
| | **K&L GATES LLP** |
| | 599 Lexington Avenue |
| | New York, NY 10022 |
| | Telephone: +1 212 536 3987 |
| | Facsimile: +1 212 536 3901 |
| | |
| | *Attorneys for Plaintiff InMode Ltd.* |

I hereby attest that the parties have agreed to the content and language of this joint status report.

                                         */s/ Christina N. Goodrich*
                                         Christina N. Goodrich

**JOINT STATUS REPORT REGARDING VENUE DISCOVERY**