PAYNE & FEARS LLP
Scott O. Luskin, Bar No. 238082
sol@paynefears.com
Randy R. Haj, Bar No. 288913
rrh@paynefears.com
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile:  (310) 689-1755

STERNE, KESSLER, GOLDSTEIN & FOX PLLC
J.C. Rozendaal (*pro hac vice*)
Chandrika Vira (*pro hac vice*)
Josephine Kim, Bar No. 295152
1101 K Street NW, 10th Floor
Washington, D.C. 20005
Telephone: 202.371.2600
Facsimile:  202.371.2540
Email: jcrozendaal@sternekessler.com
Email: cvira@sternekessler.com
Email: joskim@sternekessler.com

*Attorneys for Defendant BTL Industries, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INMODE LTD., | Case No. 2:23-CV-08583-JWH-RAO |
| | Hon. John H. Holcomb |
| Plaintiff, | |
| | **DECLARATION OF** |
| v. | **CHANDRIKA VIRA IN SUPPORT** |
| | **OF BTL INDUSTRIES, INC.'S** |
| | **REPLY TO INMODE LTD.'S** |
| BTL INDUSTRIES, INC. D/B/A | **OPPOSITION TO MOTION TO** |
| BTL AESTHETICS, | **STAY ACTION PENDING** |
| | ***INTER PARTES* REVIEW** |
| Defendant. | |

DECLARATION OF CHANDRIKA VIRA IN SUPPORT OF BTL'S REPLY IN
SUPPORT OF MOTION TO STAY ACTION PENDING *INTER PARTES*
REVIEW

Case No. 2:23-CV-8583

I, Chandrika Vira, declare as follows:

1.	I am an attorney at the law firm Sterne, Kessler, Goldstein & Fox P.L.L.C. for Defendant BTL Industries, Inc. ("BTL") in the above-captioned action. I submit this Declaration in support of BTL's Reply to InMode's Opposition to Motion to Stay Action Pending *Inter Partes* Review.

2.	The matters set forth herein are based on my own personal knowledge. If called upon, I could and would testify to the following matters.

3.	A true and correct copy of a presentation titled "PTAB Trial Statistics FY 24 End of Year Outcome Roundup IPR, PGR" is attached hereto as **Exhibit A**.

4.	A true and correct copy of a webpage titled "InMode Aesthetics Solutions competitors and alternatives," downloaded on November 8, 2024, is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of November 2024, at Washington, D.C.

*/s/ Chandrika Vira*
Chandrika Vira (*pro hac vice*)
**STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
1101 K Street NW, 10th Floor
Washington, D.C. 20005
Telephone: 202.371.2600
Facsimile: 202.371.2540
Email: cvira@sternekessler.com

2

DECLARATION OF CHANDRIKA VIRA IN SUPPORT OF BTL'S REPLY IN SUPPORT OF MOTION TO STAY ACTION PENDING *INTER PARTES* REVIEW

CASE NO. 2:23-CV-8583