# EXHIBIT A



# PTAB Trial Statistics
# FY24 End of Year Outcome Roundup
# IPR, PGR

## Patent Trial and Appeal Board
## Fiscal Year 2024



UNITED STATES
PATENT AND TRADEMARK OFFICE ®

# Petitions filed by trial type
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)



Trial types include Inter Partes Review (IPR) and Post Grant Review (PGR).



3

# Petitions filed by technology

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)



4

# Petitions filed by month
## (September 2024 and Prior 12 Months: Sept. 1, 2023 to Sept. 30, 2024)



# Institution rates by petition
## (FY20 to FY24: Oct. 1, 2019 to Sept. 30, 2024)



# Institution rates by patent
## (FY20 to FY24: Oct. 1, 2019 to Sept. 30, 2024)



# Institution rates by technology
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

**Bio/Pharma** — **73% (61 of 84)**

**Chemical** — **46% (12 of 26)**

**Design** — **0% (0 of 2)**

**Electrical/Computer** — **69% (507 of 732)**

**Mechanical & Business Method** — **66% (160 of 243)**

Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



8

# Settlements
## (FY20 to FY24: Oct. 1, 2019 to Sept. 30, 2024)



Settlement rate is calculated by dividing total settlements by concluded proceedings in each fiscal year (i.e., denied institution, settled, dismissed, requested adverse judgment, and final written decision), excluding joined cases.

# Outcomes by petition
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. Joined cases are excluded.



10

# Outcomes by patent
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. "Mixed Outcome" is shown for patents receiving more than one type of outcome from the list of: denied, settled, dismissed, and/or req. adverse judgement only. A patent is listed in a FWD category if it ever received a FWD, regardless of other outcomes.



# Outcomes by claim challenged

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)





12

# Claim outcomes
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)



"No DI" and "No FWD" mean the claim was challenged but not addressed in a DI/FWD, e.g., due to settlement.

30% of challenged claims and 49% of instituted claims were found unpatentable by a preponderance of the evidence.

# All patents: Fiscal Year 2024
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

~3,900,000 live patents

1,037 patents with AIA proceedings that ended in FY24

349 patents at least partially invalidated by PTAB

141 patents fully invalidated by PTAB

- **14%** of patents with proceedings ending in FY24 were fully invalidated by PTAB (141 out of 1,037).

- Less than **0.004%** of all live patents in FY24 were fully invalidated (141 out of ~3,900,000).

Events that end an AIA proceeding include final written decisions (FWD), settlements, dismissals, requests for adverse judgment, and denials of institution. A patent is listed in an FWD category if it ever received an FWD.



14

# All patents: All time
**(All time: Sept. 16, 2012 to Sept. 30, 2024)**



11,272 patents challenged

3,509 patents at least partially invalidated by PTAB

1,176 patents fully invalidated by PTAB

**10% of challenged patents** were fully invalidated by PTAB (1,176 out of 11,272).



15

