# EXHIBIT B

Case 2:23-cv-08583-JWH-RAO   Document 93-3   Filed 11/08/24   Page 2 of 11   Page ID #:2867

 **Tracxn**

Customers      Offerings      Company ⌄      Pricing

Login    Sign Up      **Schedule Demo**

---

Discover  >   Companies  >   InMode Aesthetic Solutions  >   Competitors

**Navigate to**

Overview

Funding & Investors

Competitors

- Competitive Landscapes

- Top competitors

  1. Lumenis
  2. Cutera
  3. Venus
  4. Alma Lasers
  5. Solta
  6. MedShift

Comparables 🔒

All Related Reports 🔒

You are **being shown a subset of the data** for this profile.

 

**Signup and get free access**

# InMode Aesthetic Solutions competitors and alternatives

Develops a portfolio of aesthetic solutions

2008  •  Lake Forest (United States)  •  Public

Last updated: November 8, 2024          Claim Profile    Suggest Edits

---

## Competitive Landscape of InMode Aesthetic Solutions

| **Rank** | **Active Competitors** | **Funding of competitors of InMode Aesthetic Solutions** |
|---|---|---|
| 7th | 63 | $248M |
| Among 63 active Competitors | 4 Funded / 13 Exited / 6 Public / 7 Acquired | 9 Funding Rounds |

## Top 10 competitors of InMode Aesthetic Solutions, ranked by Tracxn score:

🔒 Filter this list



# 1. Lumenis ✎

Minimally-invasive clinical solutions for the Surgical, Ophthalmology and Aesthetic markets

| | | | |
|---|---|---|---|
| **Founded Year** | 1973 | **Funding** | $214M |
| **Location** | Yokneam Illit (Israel) | **Investors** | Goldman Sachs, XT Hi-Tech and 7 Others |
| **Stage** | Acquired | **Tracxn Score** | 61/100 What is this? |

Lumenis develops minimally-invasive clinical solutions for the Surgical, Ophthalmology and Aesthetic markets. In surgical segment their offering includes products for urology, ENT, gynecology and gastroenterology. In aesthetic segment their offering includes hair removal and skin treatments products. In opthalmology segment their offering includes products for glaucoma, retinal diseases. They have presence in over 100 countries. Lumenis was acquired by Viola Group and Ofer Hi-Tech in 2006. XIO acquired Lumenis for $510M in 2015.



# 2. Cutera ✎

Developer of energy-based medical aesthetic devices for the treatment of multiple diseases

| | | | |
|---|---|---|---|
| **Founded Year** | 1998 | **Investors** | Alta Partners, MedVenture Associates and |
| **Location** | Brisbane (United States) | **Tracxn Score** | 54/100 What is this? |
| **Stage** | Public | | |

Cutera is a developer of energy-based medical aesthetic devices for the treatment of multiple diseases. Its portfolio of products include: xeo, truSculpt, and excel-V, excel HR, and enlightenTM. These products are used for hair removal, pigmented lesion removal, tattoo removal, angioma removal, facial vein reduction, port wine stain removal, wart removal, wrinkle removal, acne reduction, skin tag removal, telangiectasia treatment, poikiloderma, rosacea treatment, freckles removal, and others.



## 3. Venus ✎
Developer of medical aesthetic devices for clinics

| | | | |
|---|---|---|---|
| **Founded Year** | 2009 | **Funding** | $47.2M |
| **Location** | Toronto (Canada) | **Investors** | InterWest Partners, EW Healthcare Partners and 7 Others |
| **Stage** | Public | **Tracxn Score** | 54/100 What is this? |

Developer of medical aesthetic devices for clinics. The company uses proprietary technology to develop non-invasive devices which include Body devices, Face & skin, and Hair restoration devices.



## 4. Alma Lasers ✎
Portfolio of optical, radiofrequency and ultrasound devices for aesthetic & medical applications

| | | | |
|---|---|---|---|
| **Founded Year** | 1980 | **Stage** | Acquired |
| **Location** | Buffalo Grove (United States) | **Tracxn Score** | 51/100 What is this? |

Alma Lasers(known as MSQ Ltd. before 2005) develops, manufactures and sells of laser, optical, radiofrequency and ultrasound devices for aesthetic and medical applications. It offers cosmetic laser solutions and medical lasers, including aesthetic equipment for hair removal, skin care, skin whitening, nail fungus, acne treatment, scars, stretch marks and body contouring. Its products are marketed in the US as well as internationally under the names Soprano, Harmony, Legato, Accent Ultra, Accent XL and Pixel CO2. Alma Lasers was founded in 1980 as MSQ Ltd. and was based in Israel. In 2005, it changed its name and is now based out of Buffalo Grove, Illinois, US. In 2013 Alma Lasers was acquired by Fosun Pharma for $240M.



## 5. Solta ✎

Range of aesthetic products

| | | | |
|---|---|---|---|
| **Founded Year** | 1995 | **Investors** | Great Point Partners, New Enterprise Associates and 8 Others |
| **Location** | Hayward (United States) | **Tracxn Score** | 51/100 What is this? |
| **Stage** | Acquired | | |

Solta Medical designs, develop, manufactures, and markets energy-based medical device systems for aesthetic applications. Products include isolaz, a vacuum and light-based acne treatment, thermage - non-invasive wrinkle treatment, and liposonix - noninvasive fat reduction, among others.



## Get competitors list of InMode Aesthetic Solutions, delivered to your inbox!

Case 2:23-cv-08583-JWH-RAO Document 93-3 Filed 11/08/24 Page 6 of 11 Page ID #:2871

Business Email Address

**GET IT FOR FREE**



## 6. MedShift ✎

Medical practice management services

| | | | |
|---|---|---|---|
| **Founded Year** | 2015 | **Funding** | $116M |
| **Location** | Charlotte (United States) | **Investors** | Micota Capital, Turning Rock Partners and 2 Others |
| **Stage** | Series B | **Tracxn Score** | 51/100 What is this? |

MedShift Inc offers bundled subscription services for physicians and surgeons to get the latest equipment and technology. MedShift streamlines their operations by handling rote, periphery tasks such as inbound lead generation, medical device manufacturer relations, marketing, patient open houses, procedural analytics etc..



## 7. Cartessa Aesthetics ✎

Aesthetic medical devices

| | | | |
|---|---|---|---|
| **Founded Year** | 2017 | **Funding** | $60M |
| **Location** | New York City (United States) | **Investors** | Copley Equity Partners, PennantPark and |
| **Stage** | Seed | **Tracxn Score** | 48/100 What is this? |

Cartessa Aesthetics develops aesthetic medical devices. The devices developed are Vivace (Radiofrequency microneedle for contouring and skin

Case 2:23-cv-08583-JWH-RAO Document 93-3 Filed 11/08/24 Page 7 of 11 Page ID #:2872

tightening), Motus AX (laser for hair removal), DenaVe (pulsed dye laser for treating vascular lesions), Elessa (ultrasound technology for fat reduction), EVO Series (hair & tattoo removal, treating lesions etc), Forte (laser therapy for hair removal, wrinkle reduction), Discovery (laser therapy for tattoo removal, treatment of lesions, wrinkles and hair reduction), SmartXide Punto CO2 (laser therapy for wrinkles, aging), Selphyl PRP (Platelet-rich plasma treatment). The devices are created for dermatologists, plastic surgeons, cosmetic physicians, and medical spas.

---



# 8. Strate Skin Sciences

Developer of medical devices to treat skin diseases

| | | | |
|---|---|---|---|
| **Founded Year** | 1989 | **Investors** | Accelmed, Broadfin Capital and 2 Others |
| **Location** | Horsham (United States) | **Tracxn Score** | 43/100 What is this? |
| **Stage** | Public | | |

Developer of medical devices to treat skin diseases. The company offers the Xtrac and Vtrac devices that use ultraviolet and excimer laser technologies to to treat psoriasis, vitiligo and other skin diseases respectively. Additionally, the company offers the MelaFind, which is an imaging and data analysis device designed to be used when a dermatologist chooses to obtain additional information for a decision to biopsy irregular moles that are pigmented.

---



# 9. Silk'n

Home-use aesthetic devices

| | | | |
|---|---|---|---|
| **Founded Year** | 2006 | **Investors** | Trevi Health Ventures and |
| **Location** | Richmond Hill (Canada) | **Tracxn Score** | 34/100 What is this? |

**Stage**        Funding Raised

Silk'n is focussed on developing home-use aesthetic devices. Its portfolio of aesthetic devices is based on the use of light, laser and LED based products. Its products include Gilde, Flash&Go and SensEpil which are used for the permanent hair removal; FaceFX for anti-aging treatment; Blue for acne. All its products are FDA-approved and claim to have undergone rigorous testing to ensure they are safe for personal use.

 ## 10. Weimu Medical ✎

Developer of interventional medical devices for various health conditions

| | | | |
|---|---|---|---|
| **Founded Year** | 2021 | **Funding** | $14M |
| **Location** | Shanghai (China) | **Investors** | IDG Capital, Shanghai Shengyu Equity Investment Fund Management and 3 Others |
| **Stage** | Series B | **Tracxn Score** | 34/100 What is this? |

Developer of interventional medical devices for various health conditions. The company develops high-end interventional medical devices based on innovative materials, focusing on oncology, medical aesthetics, pan-vascular intervention and other fields, including various medical microspheres and expansion devices, liquid glues, hydrogels, etc.

**View details of InMode Aesthetic Solutions competitors >**

11/8/24, 12:55 PM    Case 2:23-cv-08583-JWH-RAO    Document 93-3    Filed 11/08/24    Page 9 of 11    Page
InMode Aesthetic Solutions - 63 Competitors and Alternatives in Nov 2024 - Tracxn
ID #:2874



## Get competitors list of InMode Aesthetic Solutions, delivered to your inbox!

| Business Email Address | | GET IT FOR FREE |

# Competitor Analysis of InMode Aesthetic Solutions

## How much funding have InMode Aesthetic Solutions's competitors raised?

InMode Aesthetic Solutions's competitors have raised a total of $248M funding across 9 funding rounds. See the distribution of funded competitors of InMode Aesthetic Solutions below.





| Company name | T |
|---|---|
| Lumenis | |
| MedShift | |
| Cartessa Aesthetics | |
| Venus | |
| Weimu Medical | |

**View all InMode Aesthetic Solutions Competitors here ›**

# Frequently asked questions about InMode Aesthetic Solutions's competitors

## Where does InMode Aesthetic Solutions rank among its competitors?

InMode Aesthetic Solutions ranks 7th among 79 competitors. Competitors include Lumenis, Cutera and Venus

## How many competitors does InMode Aesthetic Solutions have?

InMode Aesthetic Solutions has 79 competitors, of which 63 are active, 4 are funded and 13 have exited.

## Who are the newest competitors of InMode Aesthetic Solutions?

The newest competitors of InMode Aesthetic Solutions are Preccision Medical, Mimetics and Weimu Medical.

View details of all competitors of InMode Aesthetic Solutions ›

# Are you a Founder ?

**Claim your Profile**
Claim and keep your data updated to ensure investors can find you easily.

**Looking to raise funds?**
Showcase fundraising requirement to VCs, PEs, Angels & IBs.

**Find Investors for your Next Round**
Discover potential investors for your next round of investment.

# Explore our recently published companies

- **Flores Landscape** - Kansas City based, 2021 founded, Unfunded company
- **HS Landscapes** - Thomasville based, 2022 founded, Unfunded company

Case 2:23-cv-08583-JWH-RAO    Document 98-3    Filed 11/08/24    Page 11 of 11    Page
ID #:2876

- **Arog Investment Holdings** - Singapore based, 2022 founded, Unfunded company
- **TLC Garden Service** - Lakewood based, 2007 founded, Unfunded company
- **Global Communication Net** - Sofia based, 2006 founded, Acquired company
- **Oasis Dudes** - Joplin based, 2023 founded, Unfunded company

## Company

About us

Our Investors

News and Press
Resources

Investor Relations

ODR Portal

Terms of Use

Privacy Policy

GDPR

FAQs

## Customers

Venture Capital Funds

Private Equity Funds

Accelerators and
Incubators

Investment Banks

Corporate Innovation

CorpDev and M&A
Teams

Startup Founders

Journalists and
Publications

Customer Testimonials

## Explore Tracxn

Discover interesting lists

Sector Research

Offerings

Search for a Company

## Quick Links

Schedule Demo

Get in touch

See Pricing Plans

© 2024 Tracxn Technologies Limited. All rights reserved.